

# OFFICE OF
# THE ATTORNEY GENERAL
## AUSTIN, TEXAS

*Au Notation on original file on Nolan Co*

PRICE DANIEL
ATTORNEY GENERAL

Gerald C. Mann
xxxxxxxxxxxxx

Honorable Carl M. Anderson
City Attorney
Sweetwater, Texas

Dear Sir:

Opinion No. 0-1839
Re: May city issue hospital
revenue bonds?

Your request for an opinion on the following question has been received by this office:

May revenue bonds be issued against the
municipal hospital to the extent of approxi-
mately $8,000.00 for the purpose of making
certain extensions to the city hospital,
without an election?

We respectfully call your attention to the fact that we are prohibited by law from advising city attorneys. However, Article 4399, Revised Civil Statutes, provides, in part, that the Attorney General shall advise the proper legal authority in regard to the issuance of all bonds which the law requires shall be approved by him. We, therefore, submit the following as our opinion on your question:

The power to issue bonds for public improvements, or for money borrowed for the purpose of acquiring such improvements, is a power which is regarded as being beyond the scope of power of the governing body of a city or county unless it be specially granted. This extraordinary power, when granted, can be exercised only in the mode and for the purposes specified in the grant.

Foster vs. City of Waco, 255 S.W. 1104;
Keel vs. Pulte, 10 S.W. 692.

Honorable Carl M. Anderson, page #2


We know of no authority for the issuance of hospital revenue bonds.

The law making it possible for cities to issue revenue bonds provides that such bonds may be issued to build or purchase light systems water systems, sewer systems, sanitary disposal equipment, natural gas systems, parks and swimming pools, but no mention is made of hospitals. (Art. 1111-1118, R.C.S. of Texas).

It is the opinion of this department that a city has no authority to issue hospital revenue bonds for the purpose of making extensions to the city hospital.

In view of the foregoing answer we feel that it is unnecessary to discuss the qeustion of the necessity of an election at this time.

Trusting that this answers your question, we remain

Very truly yours

ATTORNEY GENERAL OF TEXAS


By (signed)
Claud O. Boothman
Assistant

CCB-s-jcp

APPROVED FEB 24, 1940
(signed) G. C. Mann
ATTORNEY GENERAL OF TEXAS

APPROVED:Opinion Committee,
By B.W.B., Chairman.